FERNANDO L. AENLLE-ROCHA (SBN 129515)
J. JONATHAN HAWK (SBN 254350)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  faenlle-rocha@whitecase.com
Email:  jhawk@whitecase.com

Attorneys for Defendant
HEARTLAND AUTOMOTIVE SERVICES, INC.

SEAN P. REIS (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Email: sreis@edelson.com

Attorneys for Plaintiff
RENE HEUSCHER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HEUSCHER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND AUTOMOTIVE SERVICES, INC., a Minnesota corporation,<br><br>Defendant. | CASE NO. 3:11-cv-02048-MMC<br><br>**JOINT STIPULATION REQUESTING ORDER (1) GRANTING HEARTLAND AUTOMOTIVE SERVICES, INC. ADDITIONAL TIME TO RESPOND TO COMPLAINT, AND (2) CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**AND ORDER THEREON**<br><br>Complaint Filed: April 26, 2011<br>Trial Date:        None Set |

1   Pursuant to Local Rule 6-1 and 6-2, Plaintiff Rene Heuscher, individually and on behalf of a class of similarly situated individuals ("Plaintiff"), and Defendant Heartland Automotive Services, Inc. ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to grant Defendant additional time to respond to the Complaint as set forth below:

WHEREAS, on April 26, 2011, Plaintiff filed a putative class action Complaint against Defendant alleging violations of the Telecommunications Consumer Protection Act of 1991;

WHEREAS, Defendant was served with the Complaint on April 29, 2011;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant's response to the Complaint was due on May 20, 2011;

WHEREAS, pursuant to Local Rule 6-1(a), Plaintiff and Defendant stipulated to grant Defendant additional time to respond to the Complaint until June 20, 2011;

WHEREAS, this case is one of five (5) putative class actions that is the subject of a Motion to Transfer and Consolidate filed with the Judicial Panel on Multidistrict Litigation ("JPML") by Plaintiff on May 12, 2011;

WHEREAS, the JPML has set hearing on Plaintiff's Motion to Transfer and Consolidate for July 28, 2011 (*see* MDL No. 2261, Dkt. 20);

WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the Plaintiff desires to grant Defendant additional time in which to respond to the Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), Plaintiff and Defendant stipulated to grant Defendant additional time to respond to the Complaint until August 22, 2011;

WHEREAS, this extension is not sought for the purpose of unnecessarily delaying this action;

WHEREAS, the Parties anticipate that a further extension may be sought, and that this extension is without prejudice to further requests in view of potential Multi-District Litigation treatment;

WHEREAS, a Case Management Conference is currently scheduled before the Court on

1
JOINT STIPULATION REQUESTING ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; 3:11-CV-02048-MMC
LOSANGELES 918402 (2K)

1  Friday, August 12, 2011, at 10:30 a.m.;

2      WHEREAS, the parties seek to continue the Case Management Conference thirty five (35)

3  days, until Friday, September 16, 2011, at 10:30 a.m.;

4      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that: (1) the

5  time in which Defendant shall respond to the Complaint in this action shall be continued until

6  Monday, August 22, 2011; (2) the Case Management Conference will be continued until Friday,

7  September 16, 2011, at 10:30 a.m., or until such time thereafter as is convenient for the Court.

                                                  Respectfully submitted,

Dated: June 15, 2011                    WHITE & CASE LLP

                                                 By:    /s/ J. Jonathan Hawk
                                                          J. Jonathan Hawk
                                                          Attorneys for Defendant Heartland
                                                          Automotive Services, Inc.

Dated: June 15, 2011                    EDELSON MCGUIRE LLP

                                                 By:    /s/ Sean P. Reis
                                                          Sean P. Reis
                                                          Attorneys for Plaintiff Rene Heuscher

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to September 16, 2011.  A Joint Case Management Statement shall be filed no later than September 9, 2011

DATED: June 16, 2011                   _____
                                             Hon. Maxine M. Chesney
                                             United States District Judge